ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4-16CR-012-A |
| NEREIDA NORRIS (01) | |

INFORMATION

The Grand Jury charges:

Count One
False Statement
(Violation of 18 U.S.C. § 1001(a)(3))

On or about November 26, 2012, in the Fort Worth Division of the Northern District of Texas, **Nereida Norris**, defendant, did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, fraudulent statement and entry in a matter within the jurisdiction of the Executive Branch of the United States Government, by submitting to the United States Postal Service, PS Form 3971, which represented that the defendant, as part of her official duties, traveled to three post offices on November 26, 2012 located in zip codes 76109, 76117, and 76155, knowing well and believing she did not in fact visit said post offices.

A violation of 18 U.S.C. § 1001(a)(3).

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Douglas A. Allen*
DOUGLAS A. ALLEN
Assistant United States Attorney
Texas State Bar No. 24011525
801 Cherry St., Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5255
Email:   douglas.allen@usdoj.gov

Information - Page 2